Zorik Mooradian, Esq., CSB No. 136636
zorik@mooradianlaw.com
Haik Hacopian, Esq., CSB No. 282361
haik@mooradianlaw.com
MOORADIAN LAW, APC
5023 N. Parkway Calabasas
Calabasas, CA 91302
Telephone: (818) 876-9627
Facsimile: (888) 783-1030
Attorneys for Plaintiff ROSA SALAZAR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROSA SALAZAR, individually and on behalf of similarly aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S WEST STORES, INC., an active Ohio Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:18-cv-06982-ODW(MAAx)<br><br>Assigned to: *Hon. Otis D. Wright II*<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed: May 4, 2018<br>Action Removed: Aug. 15, 2018 |

**TO THE HONORABLE COURT:**

The Parties participated in a full-day mediation session on May 28, 2019 and thereafter agreed to a settlement. The Parties are presently finalizing their settlement and anticipate seeking dismissal in approximately thirty (30) days.

DATED: June 14, 2019          MOORADIAN LAW, APC

                                  By: /s/Haik Hacopian
                                       Zorik Mooradian,
                                       Haik Hacopian,
                                       Attorneys for Plaintiff ROSA SALAZAR