JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ROSA SALAZAR, individually and on behalf of similarly aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S WEST STORES, INC.; and DOES 1 through 10,<br><br>Defendants. | Case № 2:18-CV-06982-ODW (MAAx)<br><br>**ORDER OF DISMISSAL** |

The Court, having considered Plaintiff's Request for Dismissal Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (ECF No. 21), hereby dismisses with prejudice Plaintiff's individual claims in the above-entitled action, and dismisses without prejudice Plaintiff's representative PAGA claims in the above-entitled action. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 18, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**